```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


INTRUSIC, INC.                      )
     Plaintiff,                     )
                                    )
                                    )
                                    )
     V.                             )  C.A.04-11671-JLT
                                    )
INTRUSEC, INC.,                     )
     Defendant.                     )
```

### DISMISSAL

TAURO,D.J.

    PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action is hereby dismissed without prejudice.

                                               By the Court,

                                                  /s/

                                               Zita Lovett,
                                              DEPUTY CLERK

Date: September 20, 2005